**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Francisco Edgardo MARTINEZ–MEJIA, Defendant–Appellant.**

**No. 05–11441**
**Non–Argument Calendar.**
**D.C. Docket No. 04–00101–CR–3–RV.**

United States Court of Appeals, Eleventh Circuit.

Nov. 9, 2005.

Randall J. Hensel, Nancy J. Hess, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

---

Chet Kaufman, Randolph P. Murrell, Federal Public Defenders, Tallahassee, FL, Thomas S. Keith, Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

Before ANDERSON, BIRCH and BLACK, Circuit Judges.

PER CURIAM:

Appointed counsel for Francisco Edgardo Martinez–Mejia moves to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Martinez–Mejia's convictions and sentences are AFFIRMED.